Case 1:96-cv-00406-JFM   Document 36   Filed 10/12/1999   Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---

LUCIANO SORRENTINO
      Plaintiff

v.

SCIENTIFIC SPINAL, et al.
      Defendants

---

C.A. NO. 96-406

Hon. J. Frederick Motz

FEE PAID    OCT 1 2 1999

FEE NOT PAID (SEND LETTER)

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 101.1(b) of this Court, James Koch, Esquire, a member of the Bar of this Court, moves the admission of Andrew M. Ominsky, Esquire to appear *pro hac vice* in the captioned proceeding as counsel for Plaintiff.

Movant and the proposed admittee respectfully certify as follows:

1. The proposed admittee is a member in good standing of the Bars of the States of Pennsylvania and Colorado and/or the following United States Courts: Eastern District of Pennsylvania, Middle District of Pennsylvania, the District of Colorado and the Sixth Circuit Court of appeals.

2. During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted *pro hac vice* in this court __0__ time(s).

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: None.

4. The proposed admittee is familiar with Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence,



and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

5. Co-counsel for the proposed admittee in this proceeding will be the undersigned or James Koch, Esquire, who has been formally admitted to the bar of this Court.

6. It is understood that admission *pro hac vice* does not constitute formal admission to the bar of this Court.

MOVANT:

_____
Signature

1101 St. Paul Street, Suite 403
Baltimore, MD 21202
(410) 539-7816
(410) 539-3957

PROPOSED ADMITTEE:

_____
Signature

1760 Market Street, 10th Floor
Philadelphia, PA 19103
(215) 568-4500
(215) 751-9005 (Fax)

01359_____
MD U.S. District Court Number

## ORDER

Motion    ✓ GRANTED

Motion    ____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion    ____ DENIED

_____
Dated

_____
Judge, U.S. District Court