IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LUCIANO SORRENTINO         *

v.                          *   Civil No. JFM-96-406
                            *
SCIENTIFIC SPINAL, LTD.     *
                        *****

ORDER

For the reasons stated on the record on October 15, 1999, it is this 18th day of October 1999

ORDERED

1. Defendant's motion for summary judgment is granted; and

2. Judgment is entered in favor of defendant against plaintiffs.

                                                          J. Frederick Motz
                                                          United States District Judge

OCT 18 1999

2