IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| LUCIANO SORRENTINO | : C.A. NO. 95-04079 |
| V. | : The Honorable J. Frederick Motz |
| SCIENTIFIC SPINAL, LTD., ET. AL. | : |

'99 OCT 15 A 9: 38

CLERK'S OFFICE
AT BALTIMORE

BY ___ 𝓊𝓂 ___ DEPUTY

## WITHDRAWAL OF APPEARANCE

JFM-96-406

TO THE CLERK:

Kindly enter my Withdrawal of Appearance in the above-captioned matter.

OMINSKY & MESSA, P.C.

ANNEMARIE MARTIN-BOYAN
Attorney for Plaintiffs

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance as attorney for the Plaintiffs' in the above-captioned matter.

____ FILED ____ ENTERED
____ LODGED ____ RECEIVED

OMINSKY & MESSA, P.C.

OCT 1 8 1999

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

ANDREW M. OMINSKY
Attorney for Plaintiffs

Approved
10/15/99 JS

(39)