UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

May 17, 2000

Memo to Counsel Re: McClure, et al. v. Scientific Spinal, et al.
Civil Nos. JFM-95-3867, JFM-95-3868, JFM-96-3869, JFM-96-404, and JFM-96-406

Dear Counsel:

Enclosed please find orders I am entering today denying the motion for reconsideration filed by the plaintiffs.

I apologize for not having issued these orders earlier and for not having issued an opinion in connection with the motions for reconsideration. I thought that my schedule might free up a bit so that I would be able to issue an opinion but it has not done so. I do not want to delay any longer my entry of the orders denying the motions for reconsideration so that the appeal can proceed.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Patricia S. Connor, Circuit Clerk

