IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THOMAS MCCLURE, et al.          :
                                :
v.                              :   CIVIL ACTION NO. JFM-95-3867
                                :
SCIENTIFIC SPINAL, et al.       :

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GERTRUDE KRUZE                  :
                                :
v.                              :   CIVIL ACTION NO. JFM-95-3868
                                :
SCIENTIFIC SPINAL, et al.       :

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DIANNE DUDAS, et al.            :
                                :
v.                              :   CIVIL ACTION NO. JFM-95-3869
                                :
SCIENTIFIC SPINAL, et al.       :

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KATHLEEN BAUER, et al.          :
                                :
v.                              :   CIVIL ACTION NO. JFM-96-404
                                :
SCIENTIFIC SPINAL, et al.       :

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LUCIANO SORRENTINO | : |
| | : |
| v. | : CIVIL ACTION NO. JFM-96-406 |
| | : |
| SCIENTIFIC SPINAL, et al. | : |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

In accordance with the foregoing Memorandum, **IT IS** this  19th day of  October , 2000 by this Court hereby **ORDERED**:

1. That the Bills of Costs filed by defendant Scientific Spinal, Inc. in connection with the above-captioned cases (respectively, Paper Nos. 24, 23, 50, 28 and 43), **ARE DENIED**; and

2. That the Clerk of Court **MAIL** a copy of this Order, together with the foregoing Memorandum, to counsel for all parties in these cases.

_____
J. Frederick Motz
United States District Judge