IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THOMAS MCCLURE, et al. | : |
| | : |
| v. | : CIVIL ACTION NO. JFM-95-3867 |
| | : |
| SCIENTIFIC SPINAL, et al. | : |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GERTRUDE KRUZE | : |
| | : |
| v. | : CIVIL ACTION NO. JFM-95-3868 |
| | : |
| SCIENTIFIC SPINAL, et al. | : |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DIANNE DUDAS, et al. | : |
| | : |
| v. | : CIVIL ACTION NO. JFM-95-3869 |
| | : |
| SCIENTIFIC SPINAL, et al. | : |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KATHLEEN BAUER, et al. | : |
| | : |
| v. | : CIVIL ACTION NO. JFM-96-404 |
| | : |
| SCIENTIFIC SPINAL, et al. | : |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LUCIANO SORRENTINO         :
                            :
v.                          :   CIVIL ACTION NO. JFM-96-406
                            :
SCIENTIFIC SPINAL, et al.   :

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Having read the pending Motion for Reconsideration filed in connection with this Court's October 19, 2000 Memorandum and Order denying the taxation of certain costs, IT IS this 3rd day of Nov., 2000 by this Court hereby **ORDERED**:

1. That the Motion for Reconsideration filed by defendant Scientific Spinal, Inc. in connection with the above-captioned cases **IS GRANTED IN PART** to permit defendant to file a Bill of Cost request within **TWENTY** days;

2. That the Motion for Reconsideration filed by defendant Scientific Spinal, Inc. in connection with the above-captioned cases **IS DENIED IN PART** with regard to the request to allow taxation of the $33,646.97 for copying expenses related to discovery materials requested by the Plaintiffs' Liaison Committee ["PLC"]; and

3. That the Clerk of Court **MAIL** a copy of this Order, together with the foregoing Memorandum, to counsel for all parties in these cases.

_____
J. Frederick Motz
United States District Judge